Rogers v DS Restoration & Residential Servs. Co. (2026 NY Slip Op 00726)

Rogers v DS Restoration & Residential Servs. Co.

2026 NY Slip Op 00726

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, NOWAK, AND HANNAH, JJ.

932 CA 24-01984

[*1]ADRIAN ROGERS, PLAINTIFF-RESPONDENT,
vDS RESTORATION & RESIDENTIAL SERVICES CO., LENARD C. DABNEY, DEFENDANTS-APPELLANTS, ET AL., DEFENDANT. (APPEAL NO. 2.) 

RUPP PFALZGRAF LLC, BUFFALO (JILL R. ALLEN OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
O'BRIEN & FORD, P.C., BUFFALO (CHRISTOPHER M. PANNOZZO OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered November 14, 2024, in a Labor Law and common-law negligence action. The order denied the motion of defendants DS Restoration & Residential Services Co. and Lenard C. Dabney seeking leave to reargue their June 6, 2024 motion for summary judgment relating to plaintiff's Labor Law § 240 (1) cause of action. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Empire Ins. Co. v Food City , 167 AD2d 983, 984 [4th Dept 1990]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court